481 A.2d 238

**Thomas Leslie RHOADES, Jr.**

v.

**STATE of Maryland.**

**No. 39, Sept. Term, 1984.**

Court of Appeals of Maryland.

Sept. 14, 1984.

Gary S. Offutt, Asst. Public Defender, Baltimore (Alan H. Murrell, Public Defender, Baltimore, on brief), for appellant.

Diane G. Goldsmith, Asst. Atty. Gen. (Stephen H. Sachs, Atty. Gen., Baltimore, on brief), for appellee.

Argued before MURPHY, C.J., SMITH, ELDRIDGE, COLE, RODOWSKY and COUCH, JJ., and JAMES C. MORTON, Jr., Associate Judge of the Court of Special Appeals (retired), Specially Assigned.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted 299 Md. 492, 474 A.2d 917, and heard, it is this 14th day of September, 1984

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.